**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

HEIDI DALE, Individually and on behalf of all those similarly situated,

Plaintiff,

vs.

SELECT COMFORT CORPORATION, H. ROBERT HAWTHORNE and DANIEL J. McATHIE,

Defendants.

**Civil File No. 00-CV-802 (DWF/AJB)**

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

It is stipulated and agreed by and between the parties, through their respective attorneys, that Defendants shall not be required to answer or otherwise move with respect to the above lawsuit until twenty (20) days following Plaintiff's notice to Defendants that the Court in the related case, In re Select Comfort Corporation Securities Litigation, Civ. No. 99-884, has issued its ruling upon the Objections to the Magistrate's Report and Recommendation now pending before the Honorable David S. Doty.

Date: 4/12, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: [signature]

Michael J. Bleck #8862
Michael E. Keyes #193902
Carey S. Meyer #270726
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR DEFENDANTS

FILED APR 18 [illegible]
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: April 13, 2000

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: ______________________________

Richard A. Lockridge #64117
Karen M. Hanson #219770
Gregory J. Myers #0287398
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

Dated: 4/18, 2000

______________________________
U. S. Magistrate Judge Arthur J. Boylan