UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: Civil No. 99-884(DSD/JMM)

Select Comfort Securities Litigation ("Consolidated Action"),

------------------------------

Heidi Dale,

v. Civil No. 00-802(DWF/JMM)

Select Comfort Corporation.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 99-884(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 00-802(DWF/JMM) having later been assigned to Judge Donovan W. Frank, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-802(DWF/JMM) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: May 25, 2000

David S. Doty, Judge
United States District Court

Dated: May 24, 2000

Donovan W. Frank, Judge
United States District Court

MAY 26 2000

FILED ______
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

3. Docket [TEXT]

Docket # : 0:0 -cv-802 ATYADM
Short Title: Dale v. Select Comfort Corp REFER
Type: cv - Judge: Frank Magistrate: Mason

------------Event-------------Action-------------Relief------------Trans #----
o - - |ord |cs rasgn - | 1222717

+-----------------------------------------------------------+
ORDER FOR REASSIGNMENT OF RELATED CASE ( Judge Donovan W. Frank / 5/26/00 / Judge David S. Doty / 5/25/00) |Case reassigned to Judge David S. Doty per Securities List| (CASE NO. REMAINS THE SAME EXCEPT FOR JUDGE'S INITIALS - 00-802DSD/JMM) 1pgs (cc: all counsel)
+editing docket text-----------------------------------------+

Command mode (? for commands)