ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HEIDI DALE, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>SELECT COMFORT CORPORATION, H. ROBERT HAWTHORNE, and DANIEL J. McATHIE,<br><br>Defendants. | ) | **CIVIL NO. 00-CV-802 DSD/JMM** |

**ORDER**

1. Plaintiff's Motion for Appointment as Lead Plaintiff is granted.

2. Plaintiff's selection of Co-Lead Counsel is granted. The law firms of Lockridge Grindal Nauen P.L.L.P., Suite 2200, 100 Washington Avenue South, Minneapolis, Minnesota 55401; Wolf Popper LLP, 845 Third Avenue, New York, New York 10022; and Milberg Weiss Bershad Hynes & Lerach, One Pennsylvania Plaza, 49th Floor, New York, New York 10119-0165, shall serve as Lead Counsel.

**IT IS SO ORDERED.**

Dated: July 24, 2000

BY THE COURT:

[signature]

Honorable John M. Mason
United States Magistrate Judge

FILED JUL 24 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

278965- 1